**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  
**Total Works Infringed:** 34  
**IP Address:** 98.114.58.132  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 74B6C4B2142320EF173D23A437202D324DB588BF<br>File Hash: A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 02/20/2021 16:34:10 | Blacked | 01/23/2021 | 02/09/2021 | PA0002276146 |
| 2 | Info Hash: 7305155D3B1796DF506B513F8A9E58AA7AAC6C39<br>File Hash: F5C15FFC929D749BB71F63C84A287BC94E20C3325091EBE2349C35BC588A6100 | 01/02/2021 17:25:35 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 3 | Info Hash: 8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC<br>File Hash: D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 01/02/2021 15:16:17 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 4 | Info Hash: 3E47999F76D4CC3E1A9147879EC5715BEB53BD08<br>File Hash: 1A6D9543588F18DDEB59826061D8D36E372B67A8B68366F4035CD308E9604EB3 | 01/02/2021 13:56:16 | Blacked Raw | 11/30/2020 | 01/04/2021 | PA0002277037 |
| 5 | Info Hash: 31BCFE0C63140A09ADD23EB04EC95EBB7AD84C39<br>File Hash: 89E1C3784A48F5050C3F93E8C7226914FB3E32D58CC9ED07C231A2E465E14776 | 01/02/2021 13:22:02 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 6 | Info Hash: 00BA70A078F13AE839958FBA18AC5BB33B1704EE<br>File Hash: B67B8E039D337933CA821EF10D89DB0D8FC6EBE0618BF96BACDD7B0DC1360E49 | 01/02/2021 13:05:44 | Blacked Raw | 10/26/2020 | 11/18/2020 | PA0002272624 |
| 7 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608<br>File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 01/02/2021 12:55:53 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 8 | Info Hash: 0A9EF185B223767F424C05305222E7F14C10C734<br>File Hash: F949F9F17DF3AA3250701D1C97A6109FC5A82305A137E17785F82FD1E2C0F588 | 01/02/2021 09:27:33 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DA9FBFFC088AD92001B561EC5A41ECAF118B8875<br>File Hash: D9FBBD612DCE61B63876FAE24CE33FFD3284FE217088B3B900002FBFF455E5D9 | 01/02/2021 02:35:04 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |
| 10 | Info Hash: 2313B23C86785158E17F3BFC7FA1E7BAF8908A7B<br>File Hash: F6DC2C223735C7095C45156829763939FA9DCB15D19D61F38B1226B9B947FC0B | 01/02/2021 02:03:52 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 11 | Info Hash: E6D50AAE69A4485E7C9EBDF39A8B2651D4498D95<br>File Hash: 9CD11C3E531C2D0649D76701C70B9D06D35FAFBFF3A251A8B790FCC71A7E4AA0 | 01/02/2021 01:52:00 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 12 | Info Hash: 090FC56A234EDD703DC3EC3ECB75989FA1D02917<br>File Hash: 222D59260952B32802128BC48A36BB788408D33F83128B2D9F48D7AE9D7B385E | 01/02/2021 01:51:47 | Blacked Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |
| 13 | Info Hash: 7C05970693631664015FA0BA24831A5B6B9EC79F<br>File Hash: 9B25E11D198FB0C68CFFE7B3DB693C4E549E9F06233EE1E20DBFE7FDBA3C7EEC | 10/18/2020 17:04:56 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 14 | Info Hash: 5C8BA544306FFC42074EF43606352DA8A8E24B1C<br>File Hash: 947B78D6EBCC7259ECAF02F029868B747BF48DF18C830C9D165238B848EA835B | 10/18/2020 12:49:20 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 15 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 10/18/2020 12:34:08 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 16 | Info Hash: 3AD113146AB30294B13B3B0CC341A2D9BBBF0A67<br>File Hash: 674CBE3EC3181117CC11DB32FEED40EE7874819397EC031284DC09893EB65E43 | 10/18/2020 12:29:18 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |
| 17 | Info Hash: 4B63E6F9555061E972578913C92B7B1DC4E58764<br>File Hash: 5C65BEEF3B3773BFC91719C8CFE389D49DD8416CA8EEC630985FFFA7216250D2 | 10/18/2020 11:54:42 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: BE4B46F6A8ABD1186B038D994500B6EB1DD7EF7E<br>File Hash: 684FE6046532A3C8C95795967C62F4D68F1C62AEDF616E01E2DBE8BBCDB23C91 | 10/18/2020 11:38:00 | Blacked Raw | 08/03/2020 | 08/31/2020 | PA0002265631 |
| 19 | Info Hash: BFEDDA42C57B434CDBE2560CA5ACA20C241B1255<br>File Hash: D393DCDB5DF5B4BF08DA211B12536FA8C7C3B8928C959E2F38C282084BEC2AB8 | 10/18/2020 11:27:11 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 20 | Info Hash: 0845CA27F4E0DFF04CDF9748A7E708743BBD1419<br>File Hash: A625D7A8E8B8DE4A331E4B216EE3744A82B525E5F47C46FB4030519CF44A66D3 | 10/18/2020 11:03:19 | Blacked Raw | 08/17/2020 | 09/05/2020 | PA0002255472 |
| 21 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 10/18/2020 10:52:09 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 22 | Info Hash: 31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash: 722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 10/18/2020 10:27:10 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 23 | Info Hash: D038231EA01AF439C3664135051CDD33B5CB1032<br>File Hash: 6FB0C33131D8E77CFBD1AFACE91E1FB736ADD1C537C1AE7B7397A10536993050 | 10/18/2020 10:24:22 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 24 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 07/26/2020 16:05:43 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 25 | Info Hash: 9A02A2CCF0111C7FDD71DC48E5C0E571C9738BFE<br>File Hash: 83BEB29FBAF38E521324E5DC2537924624EC9C8C7ADE7A01813F6264BFBD51BC | 07/26/2020 10:47:16 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 26 | Info Hash: 4A1780EB0A60E46C96E4099F658B26C45D741B00<br>File Hash: CE5DDF0B2E8D0BCF73EC62DF62E931C1161177264A9B9E1DDAC9A8784A9E8751 | 07/23/2020 03:59:50 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 3EDEAC15127BDACFB1FC2C2B1CE331BD44085301<br>File Hash: 1674E144EF320392B42794F61A74E5E1AE265BD64258D03D2839B179458F1FE1 | 07/21/2020 21:21:26 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 28 | Info Hash: 0FCDD7A927CCE574B5F4A1086AEF7368D2757D24<br>File Hash: 21296AC9008878646DEDA2AC962C2AA132260CAE722DC81C4D36DEFB404EFCB2 | 07/21/2020 21:19:35 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 29 | Info Hash: AB1479022A1F4AEDC52D48AA2AB45380C18B7FDE<br>File Hash: D199ACE7CD06637DD2D6E8A8679A8DA1AB5A1FB28638536F51C9B42FE8F5A177 | 07/21/2020 21:08:02 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 30 | Info Hash: E0F3D26D0FF6423580E8A4442C01C6D08B6D0CB3<br>File Hash: E2D262EA08DD8312B70869775BAAC8C5A2C74D4060781ED78CC5230E69221FE3 | 07/21/2020 20:54:21 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 31 | Info Hash: EA1A4CD08206ABFDE2CC91729E7A61A869FC6E87<br>File Hash: DBC9AA48D163CC586B5F8BD1A8338084EDF25E688F2CAFAE9EC56338C8C850D9 | 07/21/2020 20:52:38 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 32 | Info Hash: E06A04D8BB96B2E83894AE1651A8D08CDD6E6CB1<br>File Hash: 5EC6B2F1B5A8D0ED3C3A1B1F524108FE529BEFB3833D358B573AC71500638B7B | 06/22/2020 05:36:54 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 33 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67<br>File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 06/02/2020 08:42:32 | Blacked Raw | 06/01/2020 | 06/25/2020 | PA0002255508 |
| 34 | Info Hash: 1B85877B1F9634D575BC7A9A581403999E54D1AB<br>File Hash: B3FC20EEB6FE8C380715BB7802806165AB3E8B84564A236D8C6FC1F1E195AE1A | 06/01/2020 21:54:38 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |